

**GRANTED WITH AMENDMENTS**

**Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.**

**Dated: May 30, 2012**

**Robert L. McGahey, Jr.**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | |
|---|---|
| **Plaintiff:**<br><br>BRENDA FLAHERTY<br><br>v.<br><br>**Defendants:**<br><br>CONTINENTAL AIRLINES, INC., ET AL., | **▲ COURT USE ONLY ▲**<br><br>Case No.: 2011CV7649<br><br>Courtroom: 368 |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER, coming before the Court on the parties Unopposed Motion for Extension of Time, and the Court being fully advised in the premises,

HEREBY GRANTS said Motion and orders that Defendant Continental Airlines, Inc. shall have until June 8, 2012 to respond to Plaintiff's Complaint.

DATED this ___ day of ____________, 2012.

BY THE COURT:

______________________________
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court Authorizer Comments:**

No further extensions for this purpose.