IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01460-RBJ

BRENDA FLAHERTY,

     Plaintiff,

v.

CONTINENTAL AIRLINES, INC., a Delaware Corporation,
THE BOEING COMPANY, a Delaware Corporation, and
MCDONNELL DOUGLAS CORPORATION, a Maryland Corporation,

     Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

     This matter, having come before the Court upon written Stipulation [Docket #21] of the parties by their respective counsel of record, and the Court having examined the Stipulation, now finds that the dismissal should be granted.

     It is therefore ordered that this matter is dismissed with prejudice, each party to pay costs incurred.

     DATED this 20th day of September, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge